

NUMBER 13-13-00580-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HIDALGO COUNTY AND HIDALGO
COUNTY HEADSTART,                                                    Appellants,

v.

BEATRIZ G. NINO,                                                      Appellee.

On Appeal from the County Court at Law No. 4
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellants perfected an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County, Texas, in cause number CL-12-1985-D. Appellants have filed an unopposed motion to dismiss the appeal on grounds that appellants do not wish to proceed with the appeal. Appellants request this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of November, 2013.